# United States Court of Appeals for the Federal Circuit

ERRATA

July 7, 2005

Appeal No. 04-1191 and 04-1192

Rasmusson v. Smithkline Beecham Corp.

Decided:  June 27, 2005                    Precedential Opinion

Change the opinion as follows:

- On page 7, line 17, replace "628 F.2d 1327, 1332 (Fed. Cir. 1980)" with "628 F.2d 1322, 1332 (CCPA 1980)"